UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NABRIEL MELENDEZ,<br><br>Defendant. | 21 Cr. 79 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for an initial conference in this matter on **February 24, 2021, at 10:30 a.m.**, with a backup date and time of February 26, 2021, at 10:30 a.m.  The conference will proceed by video.  Access instructions will be provided in advance of the conference.

SO ORDERED.

Dated:  February 9, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge