UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    v.<br><br>NABRIEL MELENDEZ,<br><br>                              Defendant. | 21 Cr. 79 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The pretrial conference in this matter scheduled for April 14, 2021, is hereby ADJOURNED to **May 19, 2021, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

It is ORDERED that time is excluded under the Speedy Trial Act through **May 19, 2021**.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to continue discussions regarding a potential resolution of this matter.

SO ORDERED.

Dated:   April 12, 2021
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge