UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v.- <br><br> NABRIEL MELENDEZ, <br><br> Defendant. | 21 Cr. 79 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to an unanticipated conflict with the Court's schedule, the conference currently scheduled for December 15, 2023, at 12:00 p.m. (October 10, 2023 Minute Entry) is hereby ADJOURNED to **January 3, 2024**, at **12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Dated:  December 6, 2023
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge