UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

              ~~Plaintiff,~~     21 Cr. 79 (KPF)

      v.                                ORDER

NABRIEL MELENDEZ,

              Defendant.
------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

      It is hereby ORDERED, that the defendant, Nabriel Melendez, USM# 26129-509, is hereby remanded to the custody of the United States Marshal.

      SO ORDERED.

Dated:     April 19, 2024
             New York, New York

                                                           KATHERINE POLK FAILLA
                                                           United States District Judge