UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 21 Cr. 79 (KPF) |
| NABRIEL MELENDEZ, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a hearing on Defendant's violation of supervised release on **September 25, 2025**, at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: September 17, 2025
       New York, New York

KATHERINE POLK FAILLA
United States District Judge