# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2025

*By ECF*

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:    *United States v. Nabriel Melendez*, 21 Cr. 79 (KPF)

Dear Judge Failla:

I write on consent (Assistant U.S. Attorney Samuel Rothschild and U.S. Probation Officer Washington Herrera) to respectfully request an adjournment of the upcoming conference – currently scheduled for November 18, 2025 at 12:00 p.m. – for a period of around 30 days. Several of the charged specifications are based on conduct for which Mr. Melendez is being separately prosecuted in New York State, and the outcome of those state cases will likely inform the disposition of this matter. The requested adjournment will thus allow time for those state matters to resolve. (Mr. Melendez has two upcoming state court dates: November 25, 2025, in the Bronx; and December 18, 2025, in Queens.)

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc.    Samuel Rothschild, by ECF and e-mail
       Washington Herrera, U.S. Probation Officer, by e-mail

Application GRANTED.

The conference currently scheduled for November 18, 2025, is
hereby ADJOURNED to **January 7, 2026,** at **11:00 a.m.** in
Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley
Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion
at docket entry 43.

Dated:     November 13, 2025        SO ORDERED.
           New York, New York


                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE