# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 5, 2026

*By ECF*

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:     *United States v. Nabriel Melendez*, 21 Cr. 79 (KPF)

Dear Judge Failla:

I write on consent (Assistant U.S. Attorney Samuel Rothschild and U.S. Probation Officer Washington Herrera) to respectfully request an adjournment of the upcoming conference – currently scheduled for January 7, 2026 at 11:00 a.m. – for a period of around 30 days. Several of the charged specifications are based on conduct for which Mr. Melendez is being separately prosecuted in New York State, and the outcome of those state cases will likely inform the disposition of this matter. I have conferred with the Court's chambers as well as the Government and Probation Officer, and respectfully request that the Court schedule the next conference for February 10, 2026, at 4:00 p.m., or another time convenient for the Court.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc.     Samuel Rothschild, by ECF and e-mail
Washington Herrera, U.S. Probation Officer, by e-mail

Application GRANTED.  The conference currently scheduled for January 7, 2026, is hereby ADJOURNED to **February 10, 2026,** at **4:00 p.m.**  The parties should be aware, however, that the Court is on trial that week, so the conference may need to be adjourned on short notice.

The Clerk of Court is directed to terminate the pending motion at docket entry 45.

Dated:     January 5, 2026          SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE