# Federal Defenders

## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

February 3, 2026

*By ECF*

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:    *United States v. Nabriel Melendez*, 21 Cr. 79 (KPF)

Dear Judge Failla:

I write on consent (Assistant U.S. Attorney Samuel Rothschild and U.S. Probation Officer Washington Herrera) to respectfully request an adjournment of the upcoming VOSR conference – currently scheduled for February 10, 2026 at 4:00 p.m. – of around 30 days. Several of the charged specifications are based on conduct for which Mr. Melendez is being separately prosecuted in New York State, and the outcome of those state cases will likely inform the disposition of this matter. Mr. Melendez's next state court appearances are scheduled for March 3, and March 10, 2026. The parties respectfully request that the Court schedule the next conference for a date after March 10, 2026. If Mr. Melendez's state cases are resolved sooner, we will so notify the Court.

Respectfully submitted,

/s/ _____

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc.    Samuel Rothschild, by ECF and e-mail
Washington Herrera, U.S. Probation Officer, by e-mail

Application GRANTED.

The VOSR conference currently scheduled for February 10, 2026, is hereby ADJOURNED to **March 17, 2026,** at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 47.

Dated:    February 4, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE